**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-7500**

———————

JAY TIMOTHY LURZ,

Plaintiff - Appellant,

versus

JON P. GALLEY, Warden; LIEUTENANT ZANG; MR.
ROACH; OFFICER WIERS, COII; OFFICER
WIENBRENNER, COII; OFFICER WATSON, Officer,
COII; SERGEANT WILSON,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-04-
333-1-AMD)

———————

Submitted:  March 30, 2005          Decided:  April 11, 2005

———————

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Jay Timothy Lurz, Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, David Phelps Kennedy, OFFICE OF THE ATTORNEY
GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jay Timothy Lurz appeals the district court order awarding summary judgment to the defendants and dismissing all of his 42 U.S.C. § 1983 (2000) claims.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm the dismissal of those claims on the reasoning of the district court.  See Lurz v. Galley, No. CA-04-333-1-AMD (D. Md. Aug. 26, 2004).  Lurz raises a First Amendment issue for the first time in this appeal, but we decline to address this claim because Lurz failed to properly raise it in the district court.  See Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993) ("[i]ssues raised for the first time on appeal generally will not be considered.").  We also deny Lurz's motion for appointment of counsel.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 2 -